Filed: 12/1/2017 11:16 AM
Debbie Beers
Clerk
Whitley County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE WHITLEY CIRCUIT COURT |
| COUNTY OF WHITLEY | ) ) | CAUSE NO. 92C01-1712-CT-000524 |

RODNEY R. RIDER and DENISE RIDER )
)
Plaintiffs )
)
)
v. )
)
)
JB HUNT TRANSPORT SERVICES, INC. and )
ERICK E. CENTENO )
)
Defendants )

## COMPLAINT

Come now Plaintiffs, Rodney R. Rider and Denise Rider, by counsel and for their complaint against the Defendants, JB Hunt Transport Services, Inc., and Erick E. Centeno, state as follows:

1. On October 20, 2017, at approximately 6:50 AM, Plaintiff Rodney Rider was driving a 1993 Ford dump truck westbound on US 30 East near its intersection with County Road 300 East in Whitley County, Indiana. Plaintiff was at a complete stop just east of the intersection of US 30 East and County Road 300 East waiting for an overhead traffic light to turn green so he could proceed west on US 30 East. Plaintiff was in the midst of transporting a load of stone in the back of his dump truck.

2. At that time, the Defendant, Erick E. Centeno, was driving a 2017 Freightliner semi tractor-trailer westbound on US 30 East approaching its intersection with County Road 300 East in Whitley County, Indiana. The Defendant's 2017 Freightliner semi tractor-trailer was behind the Plaintiff's 1973 Ford dump truck.

1


EXHIBIT A

3. Defendant, Erick E. Centeno, recklessly fell asleep as he was driving the 2017 Freightliner semi tractor-trailer westbound on US 30 East approaching its intersection with County Road 300 East.

4. Defendant, Erick E. Centeno, recklessly failed to maintain a proper lookout for Plaintiff's 1973 Ford dump truck that was at a complete stop just east of the intersection of US 30 East and County Road 300 East.

5. Defendant, Erick E. Centeno, recklessly failed to drive his semi-tractor trailer at an appropriate reduced speed as it was approaching the intersection of US 30 East and County Road 300 East in violation of I.C. 9-21-5-4(1).

6. Defendant, Erick E. Centeno, recklessly drove his semi-tractor trailer into the rear of Plaintiff's 1973 Ford dump truck as it was at a complete stop just east of the intersection of US 30 East and County Road 300 East. The forces in the rear-end impact were so significant that the front of Defendant's 2017 Freightliner tractor caught fire.

7. Defendant, Erick E. Centeno, is 100% at fault for causing the rear-end collision between his 2017 Freightliner semi-tractor trailer and Plaintiff's 1973 dump truck.

8. The 2017 Freightliner semi tractor-trailer driven by Erick E. Centeno was owned by Defendant JB Hunt Transport Services, Inc.

9. Erick E. Centeno was an employee, agent, and/or representative of Defendant JB Hunt Transport Services, Inc. at the time of the October 20, 2017 rear-end collision.

10. Erick E. Centeno was a statutory employee of the Defendant JB Hunt Transport Services, Inc. pursuant to the Federal Motor Carrier Safety Regulations.

11. Defendant JB Hunt Transport Services, Inc. is legally responsible for the reckless conduct of Erick E. Centeno in connection with the October 20, 2017 rear-end collision.

12. As a direct and proximate result of Erick E. Centeno's reckless conduct, Plaintiff Rodney Rider sustained multiple painful and permanent physical injuries as well as mental and emotional harm.

13. As a further direct and proximate result of Erick E. Centeno's reckless conduct, Plaintiff Rodney Rider incurred medical expenses and continues to incur medical expenses.

14. As a further direct and proximate result of Erick E. Centeno's reckless conduct, Plaintiff Rodney Rider's ability to do various activities is compromised and impaired.

15. As a further direct and proximate result of Erick E. Centeno's reckless conduct, Plaintiff, Rodney Rider has been unable to return to his occupation as a dump truck driver and is currently off work pursuant to his physician's orders. Plaintiff is currently experiencing a loss of earnings in connection with his inability to return to work. Plaintiff Rodney Rider's injuries may end up compromising or impairing his ability to return to his occupation as a dump truck driver.

16. Plaintiff Rodney Rider is seeking the applicable elements of damage set forth in IMCJI 703.

17. Plaintiff Rodney Rider is married to Denise Rider. Plaintiff Denise Rider has been deprived of the services and consortium of her husband since the October 20, 2017 rear end collision. Plaintiff Denise Rider is seeking the applicable elements of damage set forth in IMCJI 705.

18. Plaintiff Rodney Rider owns the subject 1973 Ford dump truck that sustained significant damage in the October 20, 2017 rear end collision.

19. Plaintiff Rodney Rider is seeking the damages and remedies available under IMCJI 721 including loss of use in connection with the damage and/or destruction of the subject 1973 Ford dump truck. In the event that the subject 1973 Ford dump truck is only partially

3

destroyed, Plaintiff Rodney Rider is seeking the damages and remedies available under IMJCI 723.

WHEREFORE, Plaintiffs respectfully pray for judgment against the Defendants and request compensatory damages that are commensurate with the injuries, damages and harm they sustained as a result of the October 20, 2017 rear-end collision. Plaintiffs pray for interest and costs as well as all other just and appropriate relief.

Respectfully submitted:

**SWEENEY LAW FIRM**

*/s/ David L. Farnbauch*
David L. Farnbauch #11187-45
Counsel for Plaintiffs
8109 Lima Road
Fort Wayne, IN 46818
(260) 420-3137